IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CAROL NEMETH** | * | |
| Plaintiff, | * | |
| v. | * | **CIVIL ACTION NO.:** |
| **EMMANUEL SUTTON** | * | |
| Defendant. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF REMOVAL

Petitioner/Defendant, Emmanuel Sutton, (hereinafter referred to as "Defendant Sutton"), by its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Baltimore City, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Defendants, P & S Transportation, LLC, P.S. Logistics, LLC, and Emmanuel Sutton were originally named as Defendants in a suit filed in the Circuit Court for Baltimore City, Case No.: 24-C-20-001881.

2. Defendants, P & S Transportation, LLC and P.S. Logistics, LLC, have since been dismissed as parties from the action. At this time, Defendant Emmanuel Sutton is the sole, remaining defendant.

3. Petitioner/Defendant, Emmanuel Sutton, was originally served on April 22, 2020.

4. Plaintiff, Carol Nemeth, is a resident of Havre De Grace, Maryland.

5. Defendant, Emmanuel Sutton, is a resident of La Grange, North Carolina.

6.     The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1331, and Title 28 U.S.C. §1332.  Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

7.     Filed herewith are copies of the Writ of Summons for Emmanuel Sutton (**Exhibit A**); Plaintiff's Complaint and Demand for Jury Trial (**Exhibit B**); Plaintiff's Line regarding the dismissal of P.S. Logistics, LLC (**Exhibit C**); and the Joint Consent Motion to Dismiss Defendant P&S Transportation, LLC (**Exhibit D**).

8.     The above-entitled matter is a civil action in which the Plaintiff seeks compensation against Defendant Sutton for alleged bodily injury arising from a motor vehicle accident.

9.     Petitioner, Emmanuel Sutton, is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.  Plaintiff is a citizen of the State of Maryland.  Defendant, Emmanuel Sutton, is a resident of the State of North Carolina. The Plaintiff's Complaint seeks judgment that "exceeds $75,000.00" in compensatory damages.

WHEREFORE, Petitioner/Defendant, Emmanuel Sutton, respectfully requests that the above-entitled action be removed from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

/s/ *Patrick F. Toohey*
Andrew T. Stephenson, Esq.
Fed Bar No.:  26504
Patrick F. Toohey, Esq.
Fed Bar No.:   20723
FRANKLIN & PROKOPIK, P.C.
Two North Charles St., Suite 600
Baltimore, MD  21201
(410) 752-8700
(410) 752-6868 – FAX
astephenson@fandpnet.com
ptoohey@fandpnet.com
*Attorneys for Defendant Emmanuel Sutton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 9th day of February 2021 a copy of Defendant, Emmanuel Sutton's, Notice of Removal, was filed electronically through the Court's ECF system and mailed, first-class mail, postage prepaid to:

David B. Ginsburg
Wingfield, Ginsburg & Lipp P.C.
700 Fifth Street, N.W., Suite 300
Washington, D.C. 20001
*Attorneys for Plaintiff*

/s/ *Patrick F. Toohey*
Patrick F. Toohey