IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY
Civil Division

CAROL NEMETH
200 South Union Avenue
Havre De Grace, MD 21078

   Plaintiff,

vs.

             Case No.:

P&S TRANSPORTATION LLC
R/A:  Salifou Salvadogou
6600 Laurelton Avenue
Baltimore, MD 21234

And

P.S. LOGISTICS, LLC
R/A:  Guillermo Pomez
111 East Padonia Road
Lutherville, MD 21093

And

EMANUEL SUTTON
3746 Maple Grove Drive
La Grange, NC 28551

   Defendants.

## COMPLAINT
(Personal Injuries – Automobile Accident)

-1-

COMES NOW, the Plaintiff, Carol Nemeth, by and through counsel, David B. Ginsburg, Esquire and Wingfield, Ginsburg and Lipp, P.C., and sues the Defendants, Emmanuel Sutton, P&S Transportation, LLC, P.S. Logistics, LLC and states their cause of action as follows:

1. This Court has jurisdiction over the subject matter, pursuant to Maryland Annotated Courts and Judicial Proceedings Article 1-501.

## COUNT I-CAROL NEMETH v. EMANUEL SUTTON

2. On or about July 31, 2018, Plaintiff, Carol Nemeth, was operating a motor vehicle on Route I-95 and I-695, in Baltimore, Maryland.

3. At the same time and place, Emanuel Sutton, the employee/driver/agent was operating a vehicle on behalf of P&S Transportation LLC and/or P.S. Logistics, LLC when he attempted to make a lane change and struck the Plaintiff's vehicle, causing the Plaintiff's damages and injuries.

4. At all times relevant, Emanuel Sutton, employee/driver/agent was operating a vehicle owned by Defendants, P&S Transportation LLC, and/or P.S. Logistics, LLC with its express permission and consent, Defendants, and P&S Transportation LLC and/or P.S. Logistics, were negligent by and through the actions of its employee/driver/agent.

5. Defendant, P&S Transportation LLC and/or P.S. Logistics, LLC negligently entrusted their employee/driver, with the operation of their vehicle and should have known that the employee/driver was likely to use it in a manner involving an unreasonable risk of harm to others.

6. As a direct and proximate result of the negligence of the Defendants, Plaintiff, Carol Nemeth was caused to suffer serious, painful and permanent bodily injuries; great

physical pain and mental anguish; loss and expense for physician treatment, hospitalization, and other medical treatment; property damage; loss of earnings and earning capacity and loss of the enjoyment of her usual pursuit and pastimes.

WHEREFORE, Plaintiff, Carol Nemeth, demands judgment against the Defendant, Emanuel Sutton, employee/driver/agent, who was operating a vehicle owned by Defendants, P&S Transportation LLC, and/or P.S. Logistics, LLC in excess of Seventy-Five Thousand Dollars ($75,000.00) plus interest and costs.

### COUNT II-CAROL NEMETH v. P&S TRANSPORATATION, LLC

7.  The Plaintiff, Carol Nemeth incorporates by reference here all facts and material allegations set forth and further states:

8.  On or about July 31, 2018, Plaintiff, Carol Nemeth, was operating a motor vehicle on Route I-95 and I-695, in Baltimore, Maryland.

9.  At the same time and place, the employee/driver/agent was operating a vehicle on behalf of P&S Transportation, LLC, when he attempted to make a lane change and struck the Plaintiff's vehicle, causing the Plaintiff's damages and injuries.

10. At all times relevant, the employee/driver/age was operating a vehicle owned by Defendants, P&S Transportation, Inc., with its express permission and consent, Defendant, P&S Transportation, LLC, was negligent by and through the actions of its employee/driver/agent.

11. Defendant, P&S Transportation, LLC, negligently entrusted their employee/driver, with the operation of their vehicle when he knew or should have known that the employee/driver was likely to use it in a manner involving an unreasonable risk of harm to others.

12. As a direct and proximate result of the negligence of the Defendants, Plaintiff, Carol Nemeth was caused to suffer serious, painful and permanent bodily injuries; great physical pain and mental anguish; loss and expense for physician treatment, hospitalization, and other medical treatment; property damage; loss of earnings and earning capacity and loss of the enjoyment of her usual pursuit and pastimes.

WHEREFORE, Plaintiff, Carol Nemeth, demands judgment against the Defendant, P&S Transportation LLC, in excess of Seventy-Five Thousand Dollars ($75,000.00) plus interest and costs.

## COUNT III-CAROL NEMETH v. P.S. LOGISTICS, LLC

13. The Plaintiff, Carol Nemeth incorporates by reference here all facts and material allegations set forth and further states:

14. On or about July 31, 2018, Plaintiff, Carol Nemeth, was operating a motor vehicle on Route I-95 and I-695, in Baltimore, Maryland.

15. At the same time and place, the employee/driver/agent was operating a vehicle on behalf of P.S. Logistics, LLC when he attempted to make a lane change and struck the Plaintiff's vehicle, causing the Plaintiff's damages and injuries.

16. At all times relevant, the employee/driver/age was operating a vehicle owned by Defendant, P.S. Logistics, LLC, with its express permission and consent, Defendants, P.S. Logistics, LLC , was negligent by and through the actions of its employee/driver/agent.

17. Defendant, P.S. Logistics, LLC, negligently entrusted their employee/driver, with the operation of their vehicle when he knew or should have known that the employee/driver was likely to use it in a manner involving an unreasonable risk of harm to others.

18.     As a direct and proximate result of the negligence of the Defendants, Plaintiff, Carol Nemeth was caused to suffer serious, painful and permanent bodily injuries; great physical pain and mental anguish; loss and expense for physician treatment, hospitalization, and other medical treatment; property damage; loss of earnings and earning capacity and loss of the enjoyment of her usual pursuit and pastimes.

WHEREFORE, Plaintiff, Carol Nemeth, demands judgment against the Defendant, P.S. Logistics, LLC in excess of Seventy-Five Thousand Dollars ($75,000.00) plus interest and costs.

### **JURY DEMAND**

Plaintiff requests a trial by jury on all issues raised herein.

Respectfully submitted,

WINGFIELD, GINSBURG & LIPP, P.C.

_____
David B. Ginsburg, Esquire
CPF# 8312010166
700 Fifth St., N.W., Suite 300
Washington, D.C. 20001
dginsburg@dmvinjurylaw.com
(202) 789-8000
Counsel for Plaintiff

## CERTIFICATION

I **HEREBY CERTIFY** that I am admitted to practice law in the state of Maryland pursuant to Maryland Rule 1-313 of the Annotated Code of Maryland.

David B. Ginsburg, Esquire
CPF: 8312010166