IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| CAROL NEMETH<br><br>      Plaintiff,<br><br>vs.<br><br>P&S TRANSPORTATION LLC et al.<br><br>      Defendants. | : <br> : <br> : <br> : Case No.: 1:21 – CV- 00334- ELH <br> : <br> : <br> : |

### CERTIFICATE REGARDING DISCOVERY

**I HEREBY CERTIFY** that on April 27, 2021, I served Defendant, Emanuel Sutton, in the above caption case, with a copy of Plaintiff's Interrogatories and Request for Production of Documents, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

WINGFIELD, GINSBURG & LIPP, P.C.

/s/
_____
David B. Ginsburg, Esquire
CPF# 8312010166
Wingfield, Ginsburg & Lipp, P.C.
700 Fifth Street, N.W., Suite 300
Washington, D.C. 20001
(202)789-8000 Ext. 121
Fax: (877) 4711390
*Attorney for Plaintiff*

